IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAEL SPEIGHTS,

    Plaintiff,

v.

AGNESIAN HEALTHCARE, WAUPUN MEMORIAL HOSPITAL, THOMAS W. GROSSMAN, JR., AUDRA M. SMITH, JOHN DOE EMPLOYER OF AUDRA M. SMITH, EILEEN S. GAVIN, JOHN DOE EMPLOYER OF EILEEN S. GAVIN, DAVID M. BINGHAM, JOHN DOE EMPLOYER OF DAVID M. BINGHAM, CHRISTIAN SCHUBRING, ALJAN CO., JILL M. MIGON, and JOHN DOE EMPLOYER OF JILL M. MIGON,

    Defendants.

Case No.  20-cv-1098-bbc

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

    /s/                                        3/17/2021

Peter Oppeneer, Clerk of Court          Date